1  Eric J. Benink, Esq., SBN 187434
   Krause Kalfayan Benink & Slavens, LLP
2  625 Broadway, Suite 635
   San Diego, CA  92101
3  (619) 232-0331 (ph)
   (619) 232-4019 (fax)
4  eric@kkbs-law.com

5  Attorneys for Plaintiff

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOTFILE CORP., a Panamanian corporation; HOTFILE, LLC, a Bulgarian limited liability company; ANTON TITOV, an individual; LEMURIA COMMUNICATIONS, INC., a Florida corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  10 CV 2031 MMA (POR)<br><br>**PLAINTIFF PERFECT 10, INC.'S *EX PARTE* MOTION FOR ORDER DIRECTING CLERK TO MAIL SUMMONS AND COMPLAINT TO HOTFILE CORP.  PURSUANT TO F.R.C.P. 4(f)(2)(C)(ii)** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN, that Plaintiff, Perfect 10, Inc. ("Perfect 10") will move *ex parte* and hereby does move the court, *ex parte*, for an order directing the Clerk of the Court to mail the summons on the First Amended Complaint and the First Amended Complaint to Hotfile Corp., a Panamanian

1

1  corporation, pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii).

2      The basis for this motion is that the Rule 4(f)(2)(c)(ii) provides that
3  service upon a foreign defendant may be effected, unless prohibited by the
4  foreign country's law, by "using any form of mail that the clerk addresses and
5  sends to the individual and that requires a signed receipt." Perfect 10's counsel
6  discussed this matter with the Clerk of the Court and the Clerk requested that
7  Perfect 10 seek an order from the Court directing the Clerk to comply.

8      This motion is based on the Declaration of Eric J. Benink filed herewith
9  and the proposed order lodged herewith.

10

11  Dated:  November 12, 2010

                                      KRAUSE KALFAYAN BENINK &
12                                       SLAVENS, LLP.

13

14                            By: __/s/ Eric J. Benink_____
                                      Eric J. Benink
15                                       Attorneys for Plaintiff
                                      eric@kkbs-law.com

16

17

18

19

20

21

22

23

24

25

26

27

28