1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PERFECT 10, INC., a California corporation,<br><br>                  Plaintiff,<br><br>         v.<br><br>HOTFILE CORP., a Panamanian corporation; HOTFILE, LLC, a Bulgarian limited liability company; ANTON TITOV, an individual; LEMURIA COMMUNICATIONS, INC., a Florida corporation; and DOES 1 through 100, inclusive,<br><br>                  Defendants. | CASE NO.  10 CV 2031 MMA (POR)<br><br>**ORDER DIRECTING CLERK TO ADDRESS AND MAIL SUMMONS AND COMPLAINT TO HOTFILE CORP. PURSUANT TO F.R.C.P. 4(f)(2)(C)(ii)** |
|---|---|

   This matter came before the Court as Plaintiff Perfect 10, Inc.'s ("Perfect 10") *ex parte* motion for an order directing the clerk to address and mail summons and complaint to Hotfile Corp. pursuant to Federal Rule of Civil

Procedure 4(f)(2)(C)(ii).

Rule 4(f)(2)(C)(ii) provides that, "unless prohibited by the foreign country's law," a party may effect service outside the United States by "using any form of mail that the clerk addresses and sends to the individual and that requires a signed receipt." Fed. R. Civ. P. 4(f)(2)(C)(ii). Service of process under Rule 4(f)(2)(C)(ii) is defective when the service is effectuated through the mail by someone other than the Clerk of Court. Accordingly, in compliance with the Federal Rules of Civil Procedure, and upon reviewing the motion and the Declaration of Eric J. Benink filed therewith, and good cause appearing thereon,

**IT IS HEREBY ORDERED THAT**:

1. The Clerk of the Court ("Clerk") address and mail in any form requested by Perfect 10, the Amended Summons and First Amended Complaint to Hotfile Corp. to any address in the Republic of Panama, as provided by Perfect 10.

2. The Clerk execute a Proof of Service demonstrating compliance with F.R.C.P. 4(f)(2)(c)(ii).

2. Perfect 10 prepay the postage or delivery charges (if by international courier) before presentation to the Clerk for addressing and mailing.

**IT IS SO ORDERED**.

DATED: November 12, 2010

Hon. Michael M. Anello
United States District Court Judge

2