JAMES M. CHADWICK, Cal. Bar No. 157114
jchadwick@sheppardmullin.com
GUYLYN R. CUMMINS, Cal. Bar No. 122445
gcummins@sheppardmullin.com
MICHELLE LAVOIE WISNIEWSKI, Cal. Bar No. 234032
mwisniewski@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 W. Broadway, 19th Floor
San Diego, California 92101
Telephone: 619-338-6500
Facsimile: 619-234-3815

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>HOTFILE CORP., a Panamanian corporation; HOTFILE, LLC, a Bulgarian limited liability company; ANTON TITOV, an individual; LEMURIA COMMUNICATIONS, INC., a Florida corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 10-CV-2031 MMA<br>*Hon. Michael M. Anello*<br><br>**REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS FILED IN SUPPORT OF LEMURIA COMMUNICATIONS INC.'S MOTION TO DISMISS**<br><br>*[Notice of Motion, Motion, Memorandum of Points and Authorities, and Declaration of Anton Titov Filed Concurrently Herewith]*<br><br>Hearing:<br>Date:      January 31, 2011<br>Time:     2:30 p.m.<br>Crtrm:    5<br><br>[Complaint Filed: September 20, 2010] |

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Lemuria Communications, Inc. ("Lemuria") by counsel, appearing specially and without consenting to personal jurisdiction in this Court, requests the Court to take judicial notice of the attached documents, submitted in support of its Motion to Dismiss:

| | |
|---|---|
| **EXHIBIT B** | The results of a search of the PACER online system for cases coded as copyright cases (using the search code "820") previously brought by plaintiff Perfect 10, dated December 16, 2010. |
| **EXHIBIT C** | Docket, *Perfect 10 Inc. v. Netsaits B.v,* Case No. 3:2010-cv-01773, filed on August 25, 2010.  This document consists of a court docket from the Southern District of California. |
| **EXHIBIT D** | Docket, *Perfect 10 Inc. v. Rapidshare AG,* Case No. 3:2009-cv-02596, filed on November 18, 2009.  This document consists of a court docket from the Southern District of California. |
| **EXHIBIT E** | Docket, *Perfect 10 Inc. v. Microsoft Corp.,* Case No. 2:2007-cv-05156, filed on August 8, 2007.  This document consists of a court docket from the Central District of California. |
| **EXHIBIT F** | Docket, *Perfect 10 Inc. v. Amazon, Inc.,* Case No. 2:2005-cv-04753, filed on June 29, 2005.  This document consists of a court docket from the Central District of California. |
| **EXHIBIT G** | Docket, *Perfect 10 Inc. v. Google Inc.,* Case No. 2:2004-cv-09484, filed on November 19, 2004.  This document consists of a court docket from the Central District of California. |
| **EXHIBIT H** | Docket, *Perfect 10 Inc. v. Arlo Gilbert,* Case No. 2:2004-cv-09098, filed on November 3, 2004.  This document consists of a court docket from the Central District of California. |
| **EXHIBIT I** | Docket, *Perfect 10 Inc. v. George Dranichak,* Case No. 2:2004-cv-02581, filed on April 13, 2004.  This document consists of a court docket from the Central District of California. |
| **EXHIBIT J** | Docket, *Perfect 10 Inc. v. Charlo Barbosa,* Case No. 2:2004-cv-02583, filed on April 13, 2004.  This document consists of a court docket from the Central District of California. |

| | | |
|---|---|---|
| **EXHIBIT K** | | Docket, *Perfect 10 Inc. v. Theodore M. Hasse,* Case No. 2:2004-cv-02585, filed on April 13, 2004.  This document consists of a court docket from the Central District of California. |
| **EXHIBIT L** | | Docket, *Perfect 10 Inc. v. Bernard Rothschild,* Case No. 2:2004-cv-02586, filed on April 13, 2004.  This document consists of a court docket from the Central District of California. |
| **EXHIBIT M** | | Docket, *Perfect 10 Inc. v. Visa Int'l Serv. Ass'n,* Case No. 5:2004-cv-00371, filed on January 28, 2004.  This document consists of a court docket from the Northern District of California. |
| **EXHIBIT N** | | Docket, *Perfect 10 Inc. v. Belmont Studios Inc.,* Case No. 2:2003-cv-09113, filed on December 15, 2003.  This document consists of a court docket from the Central District of California. |
| **EXHIBIT O** | | Docket, *Perfect 10 Inc. v. Magna Publ'g,* Case No. 2:2003-cv-01899, filed on March 18, 2003.  This document consists of a court docket from the Central District of California. |
| **EXHIBIT P** | | Docket, *Perfect 10 Inc. v. Full Moon Internet,* Case No. 2:2003-cv-01129, filed on February 18, 2003.  This document consists of a court docket from the Central District of California. |
| **EXHIBIT Q** | | Docket, *Perfect 10 Inc. v. CCBill LLC,* Case No. 2:2002-cv-07624, filed on September 30, 2002.  This document consists of a court docket from the Central District of California. |
| **EXHIBIT R** | | Docket, *Perfect 10 Inc. v.Guba, LLC,* Case No. 3:2002-cv-02842, filed on June 13, 2002.  This document consists of a court docket from the Northern District of California. |
| **EXHIBIT S** | | Docket, *Perfect 10 Inc. v. Tri-Tech Internet,* Case No. 2:2002-cv-03498, filed on April 29, 2002.  This document consists of a court docket from the Central District of California. |
| **EXHIBIT T** | | Docket, *Perfect 10 Inc. v. David Edghill,* Case No. 2:2001-cv-03748, filed on April 24, 2001.  This document consists of a court docket from the Central District of California. |
| **EXHIBIT U** | | Docket, *Perfect 10 Inc. v. Cybernet Ventures,* Case No. 2:2001-cv-02595, filed on March 20, 2001.  This document consists of a court docket from the Central District of California. |

| | | |
|---|---|---|
| | **EXHIBIT V** | Docket, *Perfect 10 Inc. v. AKA Entm't,* Case No. 2:2000-cv-13182, filed on December 15, 2000.  This document consists of a court docket from the Central District of California. |
| | **EXHIBIT W** | Docket, *Perfect 10 Inc. v. Brainstorm Software,* Case No. 2:2000-cv-11959, filed on November 8, 2000.  This document consists of a court docket from the Central District of California. |
| | **EXHIBIT X** | Docket, *Perfect 10 Inc. v. Global Innovations,* Case No. 2:2000-cv-11671, filed on November 2, 2000.  This document consists of a court docket from the Central District of California. |
| | **EXHIBIT Y** | Docket, *Perfect 10 Inc. v. Leo Radvinsky,* Case No. 2:1999-cv-07376, filed on July 19, 1999.  This document consists of a court docket from the Central District of California. |
| | **EXHIBIT Z** | Docket, *Perfect 10 Inc. v. Talisman Communications,* Case No. 2:1999-cv-10450, filed on October 12, 1999.  This document consists of a court docket from the Central District of California. |
| | **EXHIBIT AA** | The Declaration of Lori Chung in Opposition to Perfect 10's Motion for Preliminary Injunction in the November 18, 2009 federal action filed in the Southern District of California (Case No. 3:2009-cv-02596) and the attachments thereto [ECF No. 26-7 in the docket for that case]. |

Pursuant to Federal Rule of Evidence 201(d), a court is mandated to take judicial notice of adjudicative facts if requested by a party and supplied with the necessary information.

> A judicially noticed fact must be one not subject to reasonable dispute in that it is either:  (1) generally known within the territorial jurisdiction of the trial court; or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

Federal Rule of Evidence 201(b).

The Court may take judicial notice of its own records, including docket sheets and filed documents.  *See United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) (judicial notice of a court's own records or those of an inferior court); *Mangiafico v. Blumenthal*, 471 F.3d 391, 398 (2d Cir. 2006) ("[D]ocket sheets are public records of which the [district] court could take judicial notice.").  Thus, the facts listed above are capable of

1 | accurate and ready determination by resort to sources whose accuracy cannot reasonably
2 | be questioned.
3 |     For these and the foregoing reasons, Lemuria thereby respectfully requests the
4 | Court to take judicial notice of the attached documents.
5 | Dated:  December 20, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     *s:/James M. Chadwick*
JAMES M. CHADWICK
Specially Appearing for Defendant
LEMURIA COMMUNICATIONS, INC.