JAMES M. CHADWICK, Cal. Bar No. 157114
jchadwick@sheppardmullin.com
GUYLYN R. CUMMINS, Cal. Bar No. 122445
gcummins@sheppardmullin.com
MICHELLE LAVOIE WISNIEWSKI, Cal. Bar No. 234032
mwisniewski@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 W. Broadway, 19th Floor
San Diego, California 92101
Telephone: 619-338-6500
Facsimile: 619-234-3815

Specially Appearing for Defendant,
HOTFILE LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>HOTFILE CORP., a Panamanian corporation; HOTFILE, LLC, a Bulgarian limited liability company; ANTON TITOV, an individual; LEMURIA COMMUNICATIONS, INC., a Florida corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 10-CV-2031 MMA<br>*Hon. Michael M. Anello*<br><br>**DEFENDANT HOTFILE LTD.'S NOTICE OF FINANCIALLY INTERESTED PARTIES**<br><br>[Complaint Filed: September 20, 2010] |

1  TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT
2  COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO ALL
3  PARTIES AND THEIR ATTORNEYS OF RECORD:

5  The undersigned, counsel of record for defendant Hotfile Ltd., appearing specially
6  and without consenting to personal jurisdiction, certifies that the following listed parties
7  may have a pecuniary interest in the outcome of this case.  These representations are made
8  pursuant to Local Civil Rule 40.2:

10  Hotfile Corporation, parent for Hotfile Ltd.

12  Hotfile Ltd. is not currently aware of any parties, outside of those named above or
13  in the complaint, that have a pecuniary interest in the outcome of this case.

15  Dated:  February 28, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   *s:// James M. Chadwick*
JAMES M. CHADWICK

Specially Appearing for Defendant
HOTFILE LTD.

Email:  jchadwick@sheppardmullin.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the **DEFENDANT HOTFILE LTD.'S NOTICE OF FINANCIALLY INTERESTED PARTIES** has been served on this date to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d).

Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed this 28th day of February, 2011 at Palo Alto, California.

 *s:/James M. Chadwick*  
JAMES M. CHADWICK
