UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOTFILE CORP., a Panamanian corporation; HOTFILE, LLC, a Bulgarian limited liability company; ANTON TITOV, an individual; LEMURIA COMMUNICATIONS, INC., a Florida corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  10 CV 2031 MMA (POR)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 22] |

Presently before the Court is a Joint Motion Requesting Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) brought by Plaintiff Perfect 10, Inc. and Defendants Hotfile Corp., Hotfile, Ltd., erroneously sued herein as Hotfile,

1  LLC, and Anton Titov.  Good cause showing, the Court **DISMISSES** the entire
2  action in its entirety with prejudice.   Each party is to bear his or its own
3  attorney's fees and costs.
4      **IT IS SO ORDERED.**
5
6  DATED: April 11, 2011
7                        Michael M. Anello
                      United States District Court Judge